

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2020

No. 04-20-00459-CV

Nicholas **MARTINI,**
Appellant

v.

Carla **HILEMAN-MARTINI,**
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 18-09-58710-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

The docketing statement in this appeal was due September 25, 2020. On October 2, 2020, appellant filed a motion for extension of time until October 7, 2020. The request for an extension is GRANTED and the docketing statement is due **no later that October 12, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court